# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:                                                    Case No.: 8:21-bk-00269-RCT

Kathy Ann Snyder                                          Chapter 13

_____Debtor._____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Seth Greenhill, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 9th day of February, 2021.

> Respectfully submitted,
>
> /s/ Seth Greenhill
>
> SETH GREENHILL, ESQ.
> Florida Bar # 97938
> PADGETT LAW GROUP
> 6267 Old Water Oak Road, Suite 203
> Tallahassee, FL 32312
> (850) 422-2520 (telephone)
> (850) 422-2567 (facsimile)
> Seth.Greenhill@padgettlawgroup.com
> *Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 9th day of February, 2021:

Respectfully submitted,

/s/ Seth Greenhill

SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 8:21-bk-00269-RCT)**

*Debtor*
Kathy Ann Snyder
1405 Gulf Stream Circle, Apt. 202
Brandon, FL 33511

*Attorney for Debtor*
Jay M Weller
Weller Legal Group, Inc.
25400 US Highway 19 North, Suite 215
Clearwater, FL 33763

*Trustee*
Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

*U.S. Trustee*
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602