**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Kathy Ann Snyder

                                  CHAPTER    13
                                  CASE NO.    8:21-bk-00269-RCT

Debtor(s)
_____/

**NOTICE OF APPEARANCE FOR CREDITOR ON A LIMITED BASIS
PERTAINING TO SPECIFIED COLLATERAL AND SPECIFIED LIEN PRIORITY**

    COMES NOW, the firm of Kass Shuler, P.A. and files this Notice of Appearance On A Limited Basis as counsel for the following Creditor:

GROW FINANCIAL FEDERAL CREDIT UNION

in regards to the Creditor's claim pertaining to the following identified Collateral and Lien Position:

    Collateral[1]:    2016 CHRYSLER 200 / VIN: 1C3CCCCG8GN179839

    Lien Priority[2]: First Vehicle Lien

    1.    The firm be should be added to the Matrix for this Creditor in regards to the Collateral as:

> GROW FINANCIAL FEDERAL CREDIT UNION
> c/o Nicole Mariani Noel
> P.O. Box 800
> Tampa, FL 33601

    2.    <u>This is not a general Notice of Appearance</u>. The firm only represents the Creditor in regards to the Creditor's claim for the specified lien priority and for the specified collateral described above. The firm does not represent the Creditor generally in regards to other claims and other lien priorities unless a separate Notice of Appearance is filed and can not accept service of pleadings directed to the Creditor regarding other claims the creditor may have in this case.

    3.    <u>This is not a Notice of Appearance regarding entities related to the Creditor</u>. The firm can not accept service of pleadings directed to other corporate entities which may be

---

[1] Contact the signer of this Notice of Appearance for the Legal Description of Collateral consisting of Real Property.

[2] Creditor believes its lien is in the indicated priority; however, the Court has not determined the priority of any liens in this case.

affiliated with the Creditor in some way as these other entities are separate entities and are in fact different creditors in this case.

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:    (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

Dated: November 12, 2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on November 12, 2024, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Kathy Ann Snyder, 10810 Armitage Dr, Seffner, FL 33584; Jay M. Weller 25400 US Highway 19 North, Suite 150, Clearwater, FL 33763; Kelly Remick, Trustee Post Office Box 89948, Tampa, FL 33689.

/s/ Nicole Mariani Noel
Nicole Mariani Noel (x1343)

2427917/jaw